<table>
<tr><td>37</td><td>431</td></tr>
<tr><td>139</td><td>464</td></tr>
</table>

## JARMAN vs. McMAHON'S ADM'R.

[ACTION ON BILL OF EXCHANGE, BY ACCEPTOR AGAINST DRAWER AND ENDORSERS.]

1. *Amendment of complaint not revisable on error, unless excepted to.*—The allowance of an amendment of the complaint is not revisable on error, unless the point is duly reserved by bill of exceptions in the primary court.

APPEAL from the Circuit Court of Lawrence.
Tried before the Hon. JOHN E. MOORE.

THIS action was brought by W. L. Lanier, as the administrator of J. J. McMahon, deceased, against J. C. Jarman and others ; and was founded on a bill of exchange, which was drawn by said Jarman on said McMahon, endorsed by the other defendants, and accepted and paid by said McMahon. The circuit court permitted the plaintiff to

amend his complaint, "by substituting the name of J. C. Baker, administrator, as plaintiff".; and the allowance of this amendment, to which no exception was reserved, is now assigned as error.

J. S. CLARK, for appellants.

STONE, J.—The only error assigned in this case, relates to the question of the amendment of parties. No exception was taken to the action of the circuit court ; and this case must be affirmed, on the authority of *Stewart v. Goode*, 29 Ala. 476.